BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACKSON ) | CASE NO. CIV-09-2801 EFB |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) **Commissioner of Social Security** ) **of the United States of America,** ) | |
| **Defendant.** ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 27, 2010, to July 29, 2010. Although Plaintiff's counsel has already been granted two lengthy extensions, she requests an additional two days to complete Mr. Jackson's brief. Plaintiff's counsel is simultaneously working on two additional briefs and can't complete it any sooner.

/ / / /

/ / / /

/ / / /

1

Dated: July 27, 2010

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: July 28, 2010

Benjamin B. Wagner
United States Attorney
*/s/ Leo R. Montenegro*
LEO R. MONTENEGRO

Special Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE